```
FILED BY___PDC___D.C.

DEC 1 2 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. — W.P.B.
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEELE GRANTE,
    Plaintiff,

v.                                                           CASE NO.: _____

WELLS FARGO BANK, N.A.,
WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC,
WELLS FARGO CAPITAL FINANCE, LLC,
WELLS FARGO CLEARING SERVICES, LLC,
WELLS FARGO COMMERICAL DISTRIBUTION FINANCE, LLC,
WELLS FARGO COMMODITIES, LLC,
WELLS FARGO USA HOLDINGS, INC.,
WELLS FARGO FUNDS DISTRIBUTOR, LLC,
WELLS FARGO FUNDS MANAGEMENT, LLC,
WELLS FARGO HOLDINGS, LLC,
WELLS FARGO INSURANCE, INC.,
WELLS FARGO INVESTMENTS, LLC,
WELLS FARGO SECURITIES, LLC,
WELLS FARGO TRADE CAPITAL SERVICES, INC.,
WELLS FARGO VENDOR FINANCIAL SERVICES, LLC,
WELLS FARGO WEALTH BROKERAGE INSURANCE AGENCY, LLC,
THE UNKNOWN INSURANCE COMPANY for WELLS FARGO BANK, N.A.,
VISA, VISA, INC., THE UNKNOWN INSURANCE COMPANY FOR VISA and VISA, INC.
THE FEDERAL DEPOSIT INSURANCE CORPORATION and
THE UNKNOWN INSURANCE COMPANY for THE FEDERAL DEPOSIT
INSURANCE COMPANY

    Defendants.
_____/

## COMPLAINT FOR DAMAGES

    THE PLAINTIFF, STEELE GRANTE, (hereinafter Plaintiff), *pro se*, sues Defendants,

WELLS FARGO BANK, N.A., WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC,

WELLS FARGO CAPITAL FINANCE, LLC, WELLS FARGO CLEARING SERVICES, LLC,

WELLS FARGO COMMERICAL DISTRIBUTION FINANCE, LLC, WELLS FARGO

COMMODITIES, LLC, WELLS FARGO USA HOLDINGS, INC., WELLS FARGO FUNDS

DISTRIBUTOR, LLC, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO HOLDINGS, LLC, WELLS FARGO INSURANCE, INC., WELLS FARGO INVESTMENTS, LLC, WELLS FARGO SECURITIES, LLC, WELLS FARGO TRADE CAPITAL SERVICES, INC., WELLS FARGO VENDOR FINANCIAL SERVICES, LLC, WELLS FARGO WEALTH BROKERAGE INSURANCE AGENCY, LLC, THE UNKNOWN INSURANCE COMPANY for WELLS FARGO BANK, N.A., VISA, VISA, INC., THE UNKNOWN INSURANCE COMPANY FOR VISA and VISA, INC. THE FEDERAL DEPOSIT INSURANCE CORPORATION and THE UNKNOWN INSURANCE COMPANY for THE FEDERAL DEPOSIT INSURANCE COMPANY (hereinafter Defendant's ), and states:

1. This is an action for damages which exceeds the amount of seventy-five thousand dollars ($75,000.00), exclusive of interest, costs and attorney's fees.

2. At all times material hereto, the Plaintiff was and is a resident of Palm Beach County, Florida.

3. At all times material hereto Defendant Wells Fargo Bank, N.A. is a banking institution, licensed as a designation of agent in the State of Florida with its primary place of business in San Francisco, CA.

4. At all times material hereto Defendant Wells Fargo Advisors Financial Network, LLC is a foreign limited liability company, licensed in the State of Florida with its primary place of business in Santa Monica, CA.

5. At all times material hereto Defendant Wells Fargo Clearing Services, LLC is a foreign limited liability company, licensed in the State of Florida with its primary place of business in St. Louis, MO.

6. At all times material hereto Defendant Wells Fargo Commercial Distribution Finance, LLC is a foreign limited liability company, licensed in the State of Florida with its primary place of business in Chicago, IL.

7. At all times material hereto Defendant Wells Fargo Commodities, LLC is a foreign limited liability company, licensed in the State of Florida with its primary place of business in Charlotte, NC.

8. At all times material hereto Defendant Wells Fargo USA Holdings, INC. is a foreign profit corporation, licensed in the State of Florida with its primary place of business in Des Moines, IA.

9. At all times material hereto Defendant Wells Fargo Funds Distributor, LLC is a foreign limited liability company, licensed in the State of Florida with its primary place of business in San Francisco, CA.

10. At all times material hereto Defendant Wells Fargo Fund Management, LLC is a foreign limited liability company, licensed in the State of Florida with its primary place of business in San Francisco, CA.

11. At all times material hereto Defendant Wells Fargo Holdings, LLC is a foreign limited liability company, licensed in the State of Florida with its primary place of business in Sunny Isles, FL.

12. At all times material hereto Defendant Wells Fargo Insurance Inc. is a foreign profit corporation, licensed in the State of Florida with its primary place of business in St. Louis Park, MN.

13. At all times material hereto Defendant Wells Fargo Investments, LLC is a Florida Limited Liability Company, licensed in the State of Florida with its primary place of business in Miami, FL.

14. At all times material hereto Defendant Wells Fargo Securities, LLC is a foreign limited liability company, licensed in the State of Florida with its primary place of business in Charlotte, NC.

15. At all times material hereto Defendant Wells Fargo Trade Capital Services, INC. is a Foreign Profit Corporation, licensed in the State of Florida with its primary place of business in Charlotte, NC.

16. At all times material hereto Defendant Wells Fargo Vendor Financial Services, LLC is a Foreign Limited Liability Company, licensed in the State of Florida with its primary place of business in Des Moines, IA.

17. At all times material hereto Defendant Wells Fargo Wealth Brokerage Insurance Agency, LLC is a Foreign Limited Liability Company, licensed in the State of Florida with its primary place of business in Charlotte, NC.

18. At all times material hereto Defendant Wells Fargo Wealth Brokerage Insurance Agency, LLC is a Foreign Limited Liability Company, licensed in the State of Florida with its primary place of business in Charlotte, NC.

19. The names and locations of Defendant Wells Fargo Bank's Insurance Company is unknown at this time.

20. At all times material hereto, Defendant VISA is a Foreign Profit Corporation, licensed to do business in the State of Florida, with its principal place of business in Foster City, California.

21. At all times material hereto, Defendant VISA, INC. is a Foreign Profit Corporation, licensed to do business in the State of Florida, with its principal place of business in Foster City, California.

22. The Defendant Federal Deposit Insurance Corporation (FDIC) is an independent agency of the federal government that preserves and promotes public confidence in the financial system by insuring deposits in banks and thrift institutions. The FDIC has offices all over the United States, including an office located in Wesley Chapel, Florida.

23. Defendant's VISA, VISA, INC., and the FDIC are agents or servants of Defendant USAA.

24. Beginning on or about August 1, 2017, the Plaintiff Suffered a Complete Identity Theft. Subsequently Fraudulent Charges occurred on a VISA credit card account (account number 4147180120707803) that plaintiff had with the Defendant Wells Fargo and continued to occur for a period of approximately one (1) year.

25. On or about September 20, 2018, after returning from travel abroad, plaintiff was completing a thorough review of his accounts and noted missing funds from several bank account and several significant charges on his Wells Fargo VISA Credit Card account, which did not belong to him. These charges total $118,953.82.

26. Plaintiff immediately contacted Defendant Wells Fargo and was told that he would immediately compensated for the Fraudulent Charges and additionally, that he needed to file a police report with local authorities and that the matter would be investigated.

27. On October 12, 2018, Plaintiff filed a police report with the Boca Raton Police Department and spoke with Officer J. Cortez (2211, CSO) (A686) who, subsequently collected additional information for the report (a copy is attached as Exhibit "A").

28. Through communication with all the three credit bureaus, Experian, Equifax and Trans Union, Plaintiff learned that ALL of his Personal Information was public and available for sale on the underground internet, including the online logins to all of his accounts. He was also told to file a complaint with the Federal Trade Commission (FTC). This was completed on November 14, 2018 (a copy is attached as Exhibit "B").

29. The local law enforcement agency (Boca Raton Police Department), all three credit bureaus (Equifax, TransUnion and Experian) and the FTC have verified the Identity Theft.

30. Despite having received copies of the Verified Identity Theft reports from State and Federal Law Enforcement Authorities stated above, the Defendant Wells Fargo refused to thoroughly complete an investigation or reverse the Fraudulent Charges to his account (See Exhibit "C" attached).

31. Defendant Well Fargo's refusal to remedy their erroneous actions has damaged Plaintiff's ability to obtain a loan or line of credit and has caused him to suffer mental and emotional distress, pain and suffering, and financial injury.

32. It is Defendant Wells Fargo's duty, as a furnisher of information, to provide accurate information to the three Credit Reporting Agencies, as well as their duty to conduct an investigation and correct reporting errors as mandated by the Fair Credit Reporting Act, U.S.C. §§ 1681s-2(a), (b), but failed to do so even after having received Verified Identity Theft Reports from State and Federal Law Enforcement authorities and all three Credit Bureaus.

33. Through Defendant Wells Fargo's malicious interference with business relationships, Plaintiff has suffered immeasurable losses. Plaintiff has attempted to get several loans from several banks for the establishment of businesses but has been turned down after the banks obtained credit reports that included false information about the Verified Identity Theft

(accounts that do not belong to him and overdue balances on loans that do not belong to Plaintiff).

34. *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560, 112 S.Ct. 2130, 119 L.Ed.2d 351 (1992), requires that a plaintiff show "(1) it has suffered an 'injury in fact' that is (a) concrete and particularized and (b) actual or imminent, not conjectural or hypothetical; (2) the injury is fairly traceable to the challenged action of the defendant; and (3) it is likely, as opposed to merely speculative, that the injury will be redressed by a favorable decision." Plaintiff has shown through the Verified Identity Theft that an actual "injury in fact" occurred and is traceable to his Wells Fargo Visa account, identified above.

35. Plaintiff states that through Wells Fargo negligence, it failed to keep his private information without adequate security (his login information, account information, social security number, etc.) was provided to an unknown source. Defendant Wells Fargo breached the duty of care, thus causing the Plaintiff to sustain damage and possible future harm.

**WHEREFORE,** Plaintiff respectfully requests that the Court

(a) Final judgment in favor of the Plaintiff and against Defendants;

(b) Award to Plaintiff all fees associated with the verified identity theft and fraudulent activity on the VISA listed in this complaint;

(c) Interest Accrued on the amount that were fraudulently spent on Plaintiff's Account since the Transaction Dates;

(d) Treble damages as a result of the malicious harm to Plaintiff;

(e)     The costs and fees associated with this action; and

(f)     To grant such other relief as justified by the circumstances in this case.

Respectfully submitted this 10th day of December, 2018

_/s/ Steele Grante_
Steele Grante
1515 N. Federal Highway, 300
Boca Raton, FL 33432
(561) 210-4200

# EXHIBIT "A"

**Requestor Last Name**
Steele

**Requestor First Name**
Grante

**Phone**
5614404848

**Email**
sg@omnimail.biz

**Address**
1515 N Federal Hwy 300

**City**
Boca Raton

**State**
FL

**Zip**
33432

**Description**
Please provide my ID fraud report

# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Boca Raton Police Department
**ORI:** FL 0500200
**Case#:** 2018-013668
**Date / Time Reported:** 10/12/2018 14:28 Fri
**Last Known Secure:** 09/28/2018 12:00 Fri
**At Found:** 09/28/2018 12:00 Fri

**Location of Incident:** 1515 N Federal Hwy, Boca Raton FL 33432-
**Premise Type:** Commercial / Office
**Zone/Tract:** 34

## Incident Data

| # | Crime Incident(s) | | Weapon / Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|---|
| #1 | Identity Theft / IDT | (Com) | NONE/NOT APPLICABLE | | | | |
| #2 | Crime Incident | ( ) | | | | | |
| #3 | Crime Incident | ( ) | | | | | |

## Victim

**# of Victims:** 1  **Type:** INDIVIDUAL (NOT A LE OFFICER)  **Injury:**  **Domestic:** N

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | GRANTE, STEELE | 1 | 11/23/1963 Age 54 | W | M | | | |

**Home Address:** 1515 N FEDERAL HWY - 300, Boca Raton, FL 33432-
**Home Phone:** 561-440-4848
**Employer Name/Address:** OMNI ENTERPRISES 141 N.W. 20TH STREET (OWNER)

## Others Involved

**CODES:** V- Victim (Denote V2, V3)  O = Owner (if other than victim)  R = Reporting Person (if other than victim)

## Property

L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found
("OJ" = Recovered for Other Jurisdiction)

**Officer/ID#:** CORTEZ, J. (2211, CSO) (A686)
**Invest ID#:** (0)
**Supervisor:** MORAN, J.T. (2213, A4) (538)
**Case Status:** Report Written 10/12/2018
**Case Disposition:** Inactive 10/15/2018
**Page 1**

*Boca Raton Police Department*  **INCIDENT / INVESTIGATION REPORT**  By: AHOLBERT, AHOLBERT  10/22/2018

Video

Page 2

Case# 2018-013668

**Status Codes**  L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:   *None (No bias)*

**NARRATIVE**
Some unknown person gained access to bank accounts and credit card accounts using the victim's personal information.

# REPORTING OFFICER NARRATIVE

| Boca Raton Police Department | | OCA<br>*2018-013668* |
|---|---|---|
| Victim<br>*GRANTE, STEELE* | Offense<br>*IDENTITY THEFT* | Date / Time Reported<br>*Fri 10/12/2018 14:28* |

On 10/12/18, I spoke with Steele Grante, 1515 N Federal Hwy, Suite 300, Boca Raton, FL, who reported that some unknown person gained access to his bank accounts and credit card accounts using personal information.

Grante discovered on 09/20/18, after reviewing his business accounts that someone had gained access to his Wells Fargo account and also noticed there were several unauthorized transactions on some of his credit accounts.

Grante advised that the list of suspicious credit card transactions are considerably extensive and will provide a list when his audit is complete at a later date.

Grante said that his bank, Wells Fargo, advised him to file a police report for documentation and their follow up.

Grante advised that the list of suspicious credit card transactions are considerably extensive as follows:

PNC VISA 4489153046210901 $81,542.21
PNC VISA 4690835019066790 $136,611.04
PNC VISA 4436030079130020 $55,195.50
PNC VISA 4436030071924016 $52,695.66
Wells Fargo Visa 4147180120707803   $118,953.82
Alliant Credit Union VISA 4909700000009638 $61,219.45
Bank of America VISA 4003902017625175     $24,354.59
USAA VISA 4270825013919506          $23,194.18
Westerra Credit Union VISA 4584270000072103         $27,127.75
Barclay Bank Mastercard 5523224041606453 $32,163.04
Discover 6011208832870276    $30,886.00
Fairwinds VISA 4105972000919320 $28,775.00

He has also contacted the credit bureaus and placed fraud alerts on his all of his accounts.

# EXHIBIT "B"



# FEDERAL TRADE COMMISSION
# Identity Theft Report

FTC Report Number: 101922659

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

Steele Grante
1515 N Federal Hwy, 300
Boca Raton, FL 33432

561-210-4200
sg@omnimail.biz

## Personal Statement

I have suffered a Complete ID Theft. The one or more perpetrators have made Fraudulent Spending on all of the Credit Cards and accounts listed on the Police Report and below and possible others I have not yet determined. Also Fraudulent vehicle purchases and possibly additional fraudulent activity. My Bank Accounts were accessed as well as my Paypal Account. I also found Many Many Credit Inquiries. PNC VISA 4489153046210901 $81,542.21 PNC VISA 4690835019066790 $136,611.04 PNC VISA 4436030079130020 $55,195.50 PNC VISA 4436030071924016 $52,695.66 Wells Fargo Visa 4147180120707803 $118,953.82 Alliant Credit Union VISA 4909700000009638 $61,219.45 Bank of America VISA 4003902017625175 $24,354.59 USAA VISA 4270825013919506 $23,194.18 Westerra Credit Union VISA 4584270000072103 $27,127.75 Barclay Bank Mastercard 5523224041606453 $32,163.04 Discover 6011208832870276 $30,886.00 Fairwinds VISA 4105972000919320 $28,775.00

## Accounts Affected by the Crime

### Fraudulent Charges to My Credit Card

| Company or Organization: | PNC VISA 4436030079130020 |
|---|---|
| Account Number: | 4436030079130020 |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 8 / 2017 | 9 / 2018 | $ 55195 |

| Fraudulent Charges to My Credit Card | | |
|---|---|---|
| **Company or Organization:** | PNC VISA 4436030071924016 | |
| **Account Number:** | 4436030071924016 | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 8 / 2017 | 9 / 2018 | $ 52695 |

| Fraudulent Charges to My Credit Card | | |
|---|---|---|
| **Company or Organization:** | Wells Fargo Visa 41471801 20707803 | |
| **Account Number:** | 41471801 20707803 | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 8 / 2017 | 9 / 2018 | $ 118953 |

| Fraudulent Charges to My Credit Card | | |
|---|---|---|
| **Company or Organization:** | PNC VISA 4489153046210901 | |
| **Account Number:** | 4489153046210901 | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 8 / 2017 | 9 / 2018 | $ 81542 |

| Fraudulent Charges to My Credit Card | | |
|---|---|---|
| **Company or Organization:** | PNC VISA 4690835019066790 | |
| **Account Number:** | 4690835019066790 | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 8 / 2017 | 9 / 2018 | $ 136611 |

**Fraudulent Information on Credit Reports**

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|
| Credit Inquiries | TOO MANY TO LIST HERE |

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

__Steele   Grante__                    __11/14/2018__
Steele   Grante                              Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

# EXHIBIT "C"

| Wells Fargo Visa Signature SG | 4147180120707803 EXP 08/21 CVV 241 | $118,953.82 | Transaction Date | Fraud Reported Date | Transaction Detail |
|---|---|---|---|---|---|
| 800-423-7618 Fraud Claims Department M-F 8:00am - 8:00pm PT | | $4,999.00 | July 22, 2018 | October 15, 2018 | 07/22 2449215JVJJ3EPAK7 CORPORAT |
| Case # 141595596 | | $11,795.00 | June 18, 2018 | October 15, 2018 | 06/18 2449215HTJHTDJWA7 CORPORA |
| Case Manager - Melanie A 844-576-6424 X 26091 7- CST | | $9,999.00 | May 17, 2018 | October 15, 2018 | 05/16 2449215GTJHH3J3QB CORPORA |
| Escalations - | | $8,899.00 | April 17, 2018 | October 15, 2018 | 04/17 2449215FWJHQ3QEEJ CORPORA |
| | | $9,499.00 | March 15, 2018 | October 15, 2018 | 03/16 2449215ESJHZKD61M CORPORA |
| Fax Claims to - 866-496-9798 | | $7,999.00 | January 23, 2018 | October 15, 2018 | 01/23 2449215D7JJ0NLP0T CORPORAT |
| Attn Reconsiderations - Wells Fargo Credit Card Fraud Claims | | $1,249.75 | May 4, 2018 | September 22, 2018 | 05/04 05/04 2449804GDKQDY921V VERIZ( |
| Card # 4147180120707803 | | $1,155.15 | May 17, 2018 | September 22, 2018 | 05/17 05/17 2469216GT2XL77NS5 VZWRLS |
| Name - Steele Grante | | $2,031.70 | May 17, 2018 | September 22, 2018 | 05/17 05/17 2469216GT2XL77NTM VZWRL |
| | | $1,126.25 | May 17, 2018 | September 22, 2018 | 05/17 05/17 2469216GT2XL77NTX VZWRLS |
| Fax Letter to: | | $3,749.75 | May 17, 2018 | September 22, 2018 | 05/17 05/17 2449804GSKQD8M6AB VERIZ( |
| Reconsiderations Dept - | | $3,749.75 | May 18, 2018 | September 22, 2018 | 05/18 05/18 2449804GVKQDXSMA5 VERIZ |
| Wells Fargo Credit Card Fraud Claims - Attn Reconsiderations | | | | September 24, 2018 | New CC Sent Out Fedex Overnigt #4390962 |
| Fax # - 866-496-9798 | | $9,603.00 | January 30, 2018 | September 26, 2018 | 01/30 01/30 2449804DFKQQR7DVY VERIZ( |
| Executive Office Case # 141368391 | | $9,600.00 | January 30, 2018 | September 26, 2018 | 01/30 01/30 2449804DFKQQR7DWG VERIZ |
| Desman Brown | | $199.96 | December 9, 2017 | September 26, 2018 | 12/09 12/09 7449804ARKQBEWBXL VERIZ( |
| 844-576-6424 X 20412 7-7 CST | | $1,199.76 | December 9, 2017 | September 26, 2018 | 12/09 12/09 7449804ARKQBEWBXQ VERIZ |
| | | $999.79 | December 1, 2017 | September 26, 2018 | 12/10 12/10 7449804ATKQBS0XJV VERIZO |
| Escalations - Melanie Anderson 844-576-6424 X 26091 7-7 CST | | $4,199.76 | December 1, 2017 | September 26, 2018 | 12/01 12/01 2449804AHKQBJQ1YT VERIZO |
| email to - ccseosecureemail@wellsfargo.com | | $4,199.75 | December 1, 2017 | September 26, 2018 | 12/01 12/01 2449804AHKQBJQ1Z9 VERIZO |
| Attn Case # 141595596 - Melanie A. / melanie.j.anderson@wellsfargo.com | | $99.98 | November 3, 2017 | September 26, 2018 | 11/03 11/03 24498049MKQBM9L15 VERIZO |
| FAX - 877-243-3589 | | $99.98 | October 27, 2017 | September 26, 2018 | 10/27 10/27 74498049EKQQWQGJ9 VERIZ |
| New Reference # 143101127 | | $11,249.75 | October 19, 2017 | September 26, 2018 | 10/19 10/19 244980495KQDF2MVX VERIZO |
| | | $11,249.74 | October 19, 2017 | September 26, 2018 | 10/19 10/19 244980495KQDF2MW5 VERIZO |

